UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERRIS A. CHRISTIAN,

                Plaintiff,

-against-

JOHN DOE; P.K. S-2 REALTY LLC; MAYER ESQ. REFEREE JOEL,

                Defendants.

25-CV-1946 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. By order dated June 20, 2025, the Court dismissed the complaint, and granted 30 days' leave to replead his claims in an amended complaint. (ECF 13.) On June 25, 2025, Plaintiff filed a motion requesting a "preliminary conference." (ECF 14.) He has not filed an amended complaint.

    The Court directs the Clerk of Court to enter judgment dismissing this action for the reasons set forth in the Court's June 20, 2025 order of dismissal. The Court denies Plaintiff's motion at ECF 14 as moot and directs the Clerk of Court to terminate the motion.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 27, 2025
           New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                  Chief United States District Judge