UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERRIS A. CHRISTIAN,<br><br>                              Plaintiff,<br><br>-against-<br><br>JOHN DOE; P.K. S-2 REALTY LLC;<br>MAYER ESQ. REFEREE JOEL,<br><br>                            Defendants. | 25-cv-1946 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 20, 2025 and August 27, 2025, orders, this action is dismissed for lack of subject matter jurisdiction. The Court denies Plaintiff's motion at ECF 14 as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 28, 2025
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                 Chief United States District Judge